168 So.2d 824

### Felix ROUSSEO, Jr.

v.

### ATLAS FINANCE CORPORATION.

No. 47542.

Dec. 1, 1964.

In re: Atlas Finance Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 167 So.2d 495.

The application is denied. The judgment complained of is not final. The rights of the applicant, if any are reserved in the event of an adverse judgment.

168 So.2d 824

### William B. HAMILTON et al.

v.

### CITY OF SHREVEPORT.

No. 47551.

Dec. 1, 1964.

In re: William B. Hamilton, Mrs. Lavada Smith Tracy, William Scott Wilkinson and Mrs. Margaret West Wilkinson applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 168 So.2d 380.

Writ granted but limited to the question of whether the respondent is immune from liability in view of Sec. 35 of Art. 3 of the Constitution, as amended by Act 621 of 1960, LSA.

SUMMERS, J., is of the opinion that the writ should be granted without limitation.

HAMITER, J., is recused.